**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Creepy Company LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA Creepy Co.** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **81-3099699** |
| **4.** | **Debtor's address** | **Principal place of business**  **2155 S. Carpenter St. Chicago, IL 60608** Number, Street, City, State & ZIP Code  **Cook** County  **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | **www.creepycompany.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Creepy Company LLC** _____ Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **4539**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor **Creepy Company LLC** _____ Case number (_if known_) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | Relationship _____ |
|---|---|---|
| | District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in _this district_?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Creepy Company LLC**_____   Case number (*if known*)_____
Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Creepy Company LLC**  Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 1, 2022**
MM / DD / YYYY

**X /s/ Susanne C. Goethals**          **Susanne C. Goethals**
Signature of authorized representative of debtor    Printed name

Title **Owner and Manager**

**18. Signature of attorney**

**X /s/ SCOTT R. CLAR**          Date **August 1, 2022**
Signature of attorney for debtor        MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Simon, Clar & Goodman**
Firm name

**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone **312-641-6777**    Email address **sclar@cranesimon.com**

**06183741 IL**
Bar number and State

Debtor   **Creepy Company LLC**_____   Case number (*if known*)_____
     Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 29, 2022**
              MM / DD / YYYY

X  _/s/ [signature]_____   **Susanne C. Goethals**_____
   Signature of authorized representative of debtor   Printed name

Title  **Owner and Manager**_____

**18. Signature of attorney**

X  **/s/ SCOTT R. CLAR**_____   Date  **July 29, 2022**_____
   Signature of attorney for debtor          MM / DD / YYYY

**SCOTT R. CLAR**_____
Printed name

**Crane, Simon, Clar & Goodman**_____
Firm name

**Suite 3950**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**_____
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**_____   Email address   **sclar@cranesimon.com**_____

**06183741 IL**_____
Bar number and State

Fill in this information to identify the case:

Debtor name: **Creepy Company LLC**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express  P.O. Box 650448  Dallas, TX 75265-0448 | | | | | | $71,512.90 |
| Aronberg Goldgehn Davis  330 North Wabash Ave. Suite 1700  Chicago, IL 60611 | | | | | | $7,019.00 |
| Atomic Toybox Entertainment, Inc.  5159 Costello Ave  Sherman Oaks, CA 91423 | | | | | | $12,346.20 |
| Attentive Mobile, Inc  221 River St., 9th Floor  Hoboken, NJ 07030 | | | | | | $5,905.69 |
| Baker TIlly US, LLP  205 North Michigan Avenue  Chicago, IL 60601-5927 | | | | | | $5,960.00 |
| Chris Badall  G1-30 Morrow Ave  Toronto, ON  Canads  M6R212 | | **Canadian Dollars** | | | | $2,643.09 |
| Compass Group USA, Inc.  Real Estate Services  2400 Yorkmont Road  Mooresville, NC 28117 | | | | | | $8,541.67 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Creepy Company LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **DHL Express USA, Inx.**<br>16855 Northchae aDr., #400<br>Houston, TX 77060 | | | | | | $3,854.54 |
| **Equipment Depot of Illinois , Inc.**<br>281 Shore Drive<br>Burr Ridge, IL 60527 | | | | | | $315.00 |
| **FedEx**<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | | | | | | $3,359.57 |
| **Jacover Law Group**<br>990 Grove St., Suite 402<br>Evanston, IL 60201 | | | | | | $3,220.00 |
| **Jin Sheu Enterprise Co., Ltd.**<br>8F.-9, No.502, Yuanshan Rd., Zhongh District<br>New Taipei City 235, Taiwan (R.O.C. | | | | | | $7,090.89 |
| **KlientBoost**<br>2787 Briston St.<br>Costa Mesa, CA 92626 | | | | | | $12,346.20 |
| **Lexicon Networks Incorporated**<br>1 Tiffany Pointe, Suite 108<br>Bloomingdale, IL 60108 | | | | | | $70,244.49 |
| **New Lane Finance**<br>PO Box 7358<br>Philadelphia, PA 19101-7358 | | | | | | $504.22 |
| **Selbert Consulting Group**<br>26034 El Camino Real<br>Carlsbad, CA 92008 | | | | | | $3,850.00 |
| **Shenzhen Yali Clothing Ltd**<br>Room 2203, Block A, Shui Mu Yi Fang Plaza, Nanguang Rd. Nanshan Dist. Shenshen, Guangdong, China 518052 | | | | | | $127,204.25 |

Debtor **Creepy Company LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ThreadBird**<br>**3030 Sangra  Suite 102 GGrandville, MI 49418** | | | | | | **$22,991.30** |
| **Uline**<br>**PO BOx 88741**<br>**Chicago, IL 60680-1711** | | | | | | **$5,402.44** |
| **Wells Fargo Visa Payment Remittance Center**<br>**PO Box 77033**<br>**Minneapolis, MN 55480-7733** | | | | | | **$14,008.15** |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Creepy Company LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **37**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **August 1, 2022**

_____  
**Susanne C. Goethals**/**Owner and Manager**  
Signer/Title

Amazon Marketplace
American Capital Services
PO Box 035184
Seattle, WA 98124-5184

American Express

P.O. Box 650448

Dallas, TX 75265-0448

Aronberg Goldgehn Davis
330 North Wabash Ave.
Suite 1700

Chicago, IL 60611

Atomic Toybox Entertainment, Inc.
5159 Costello Ave

Sherman Oaks, CA 91423

Attentive Mobile, Inc
221 River St., 9th Floor
Hoboken, NJ 07030

Baker TIlly US, LLP
205 North Michigan Avenue
Chicago, IL 60601-5927

BizFund, LLC
2371 Mc Donald Ave 2nd Floor

Brooklyn, NY 11223

CFT Clear Finance Technology Corp.
2810 N Church St #68100
Wilmington, DE 19802-4447

Chris Badall
G1-30 Morrow Ave

Toronto, ON
Canads M6R212

Cloudfund
400 Rella Blvd., #165-101
Suffern, NY 10901

Comcast Business
One Comcast Center
1701 JFK Blvd,  Attn: Business Svcs
Philadelphia, PA 19103-2838

Compass Group USA, Inc.
Real Estate Services
2400 Yorkmont Road
Mooresville, NC 28117

DHL Express USA, Inx.
16855 Northchae aDr., #400
Houston, TX 77060

Equipment Depot of Illinois , Inc.
281 Shore Drive
Burr Ridge, IL 60527

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

Goldman Sachs Bank USA, Salt Lake
   City Branch
PO Box 70321

Jacover Law Group
990 Grove St., Suite 402
Evanston, IL 60201

Jin Sheu Enterprise Co., Ltd.
8F.-9, No.502, Yuanshan Rd.,
Zhongh District
New Taipei City 235, Taiwan (R.O.C.

KlientBoost
2787 Briston St.
Costa Mesa, CA 92626

LakeShore Recycling Systems
5500 Pearl St., #300
Rosemont, IL 60018-5303

Lexicon Networks Incorporated
1 Tiffany Pointe, Suite 108
Bloomingdale, IL 60108

New Lane Finance
PO Box 7358
Philadelphia, PA 19101-7358

Ouiby Inc. d/b/a Kickfurther
PO Box #21584
Boulder, CO 80308-4584

PayPal Working Capital
PO Box 5018
Lutherville Timonium, MD 21094

PayPal Working Capital
Attn: Executive Escalation
PO BOx 45950
Omaha, NE 68145

Peoples Gas
Bill Payment Center
PO Box 6050
Carol Stream, IL 60197-6050

SBA/EIDL
14925 Kingsport Road
Fort Worth, TX 76155-2243

Selbert Consulting Group
26034 El Camino Real
Carlsbad, CA 92008

Shenzhen Yali Clothing Ltd
Room 2203, Block A, Shui Mu Yi F
Plaza, Nanguang Rd.  Nanshan Dist
Shenshen, Guangdong, China 518052

Shopify Capital Inc.
33 Montgomery St., #750
San Francisco, CA 94105

ThreadBird

3030 Sangra
Suite 102
G
Grandville, MI 49418

U.S. Bank
777 East Wisconsin Ave.
Milwaukee, WI 53202

U.S. Bank N.A.
777 East Wisconsin Ave.
Milwaukee, WI 53202

Uline
PO BOx 88741
Chicago, IL 60680-1711

Union Funding Source, Inc.
1835 E. Hallandale Beach Blvd #278
Hallandale, FL 33009

Wells Fargo Visa
Payment Remittance Center
PO Box 77033
Minneapolis, MN 55480-7733

8/01/22 2:40PM

# United States Bankruptcy Court
## Northern District of Illinois

In re **Creepy Company LLC**

Debtor(s)

Case No. _____

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Creepy Company LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 1, 2022**
Date

*/s/ Scott R. Clar*
**SCOTT R. CLAR**
Signature of Attorney or Litigant
Counsel for **Creepy Company LLC**
Crane, Simon, Clar & Goodman
Suite 3950
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114
sclar@cranesimon.com